**Entered on Docket**
**March 09, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
10-74052

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Steve Edward Fountain and Victoria Fountain<br><br><br>Debtors | Bk Case No.: 10-29034-lbr<br><br>Date: 2/16/2011<br>Time: 10:30 am<br><br>Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

property, generally described as 1241 Peaceful Desert Ct, Henderson, NV 89502.

1       IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

2   Debtors at least seven business days notice of the time, place and date of sale.

3

4

  Submitted by:

5

  **WILDE & ASSOCIATES**

6

  By: _____ #10235

7   **Gregory L. Wilde, Esq.**
  Attorney for Secured Creditor

8

  APPROVED / DISAPPROVED

9

10   By: _____
  Laura L. Fritz

11   Attorney for Debtor(s)

12   **APPROVED / DISAPPROVED**

13

  By:_____

14   Kathleen A Leavitt
  Chapter 13 Trustee

15

16

17

18

19

20

21

22

23

24

25

26

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

Debtors at least seven business days notice of the time, place and date of sale.

Submitted by:

**WILDE & ASSOCIATES**

By:_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Laura L. Fritz
Attorney for Debtor(s)

APPROVED / DISAPPROVED

By:_____ 3/1/11
Kathleen A Leavitt
Chapter 13 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirements set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__✗__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

__✗__ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or          _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

__✗__ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or          _____ failed to respond to the document

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor